UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

ROBERT NEUWIRTH,

                                    Plaintiff,

                                  v.

CAPITOL ONE,

                                  Defendant.

-----------------------------------------------------------x

Case No. 3:17-cv-02248

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Robert Neuwirth and his counsel hereby give notice that he voluntarily dismisses his claim against the Defendant with prejudice, with each side to bear its own fees and costs.

Dated: April 21, 2017

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller, Esq.

Attorney for Plaintiff

SO ORDERED: _____

DATED: 4/24/17